| | |
|---|---|
| ELizABETH MOOREFIELD, )<br>)<br>Plaintiff, )<br>) | 1:12-cv-170 |
| v. ) | *Collier / Lee* |
| )<br>PROPERTY AND CASUALTY INSURANCE )<br>COMPANY OF HARTFORD, )<br>)<br>Defendant. ) | |

## ORDER

Before the Court is a motion to withdraw [Doc. 9] filed by Attorneys Thomas Williams and Amanda Kelley, currently counsel of record for Defendant Property and Casualty Insurance Company of Hartford. Attorneys Williams and Kelley seek to be removed from the case because Attorney John Barry has entered an appearance on behalf of Defendant [Doc. 3]. Accordingly, the motion to withdraw [Doc. 9] is **GRANTED**. The Clerk is **DIRECTED** to terminate Attorneys Williams and Kelley as counsel of record in this case.

SO ORDERED.

ENTER:

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE