UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT CHATTANOOGA

| | |
|---|---|
| ELIZABETH MOOREFIELD and RICKIE ALLEN MOOREFIELD, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 1-12-CV-00170 ) ) Judge Collier |
| PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD | ) Magistrate Judge Lee ) ) ) ) |
| Defendant | ) |

___

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE
___

CAME the parties hereto by and through their duly authorized counsel, and as provided at FRCP 41(a)(1)(B), and hereby stipulate the dismissal of Plaintiffs' Complaint and Amended Complaint, with prejudice, and also the dismissal of the Counter-Plaintiff's Counter-Claim, with prejudice. The parties hereto announce and stipulate that all matters in controversy between them in this case have been fully and finally settled and compromised.

Therefore, the parties hereby stipulate the dismissal, with prejudice, of all claims made by the Plaintiffs herein, and all claims made by the Counter-Plaintiff herein.

So stipulated this _____ day of _____, 2012.

          Respectfully submitted,

          s / J. Brandon McWherter
          J. Brandon McWherter, BPR # 21600
          Gilbert Russell McWherter, PLC
          101 North Highland Ave.
          Jackson, TN 38301
          731-664-1340
          Attorneys for Plaintiffs and
          Counter-Defendants Moorefield

MILLIGAN-BARRY

s / John D. Barry
John D. Barry, BPR #005813
701 Market Street, Suite 1000
P.O. Box 15727
Chattanooga, TN 37415
423-634-6116
Attorney for Defendant and
Counter-Plaintiff Property and Casualty
Insurance Company of Hartford

CERTIFICATE OF SERVICE

    I hereby certify that on October 28, 2012, a copy of the foregoing Notice was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

s / John D. Barry
John D. Barry

Page 2 of 2

Case 1:12-cv-00170-CLC-SKL   Document 26   Filed 10/29/12   Page 2 of 2   PageID #: 269